UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CONWAY,<br>Plaintiff,<br>v.<br>SEQUOIA EQUITIES, INC. et al,<br>Defendants. | Case No. 8:25-cv-02049-HDV-MAR<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that:

(1) Judicial Defendants' motion to dismiss the claims against them (Dkt. 15) is **GRANTED**, without leave to amend;

(2) KTS Defendants' motion to dismiss the claims against them (Dkt. 20) is **GRANTED** without leave to amend; and

(3) Plaintiff's motion to file an amended complaint (Dkt. 27) is **DENIED,**

a. against Judicial Defendants and KTS Defendants with prejudice;

b. regarding Claim Seven against OCSD with prejudice;

c. regarding Claims Three, Five, and Six against OCSD without prejudice.

Dated: 9/14/26

HONORABLE HERNAN D. VERA
United States District Judge